| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY BAR #5505144 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | BRIANNA LUPIA |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:18-mj-00068 JDP |
| Plaintiff, | | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER** |
| vs. | | |
| BRIANNA LUPIA, | | |
| Defendant. | | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Benjamin Gerson, counsel for Brianna Lupia, that the Court continue the review hearing scheduled for January 28, 2020 until to February 12, 2020, at 10:00 a.m.

On February 26, 2019, Ms. Lupia pled guilty to driving while under the influence of alcohol in violation of 36 C.F.R. § 4.23(a)(2). That same date, the Court sentenced Ms. Lupia to twelve months of unsupervised probation, with the conditions that she obey all laws, report any new law violations within seven days, pay a $1,200.00 fine, complete a first-time DUI course. The Court further set a review hearing for January 28, 2020.

Ms. Lupia submitted notice to the Court that she had enrolled in the California first-time DUI course. *See* Dkt. #8. In addition she has paid $540.00 of the required fine. Ms. Lupia subsequently relocated to Boulder Colorado to start a new job. She is currently in the process of

enrolling in an equivalent DUI course in Colorado. The parties respectfully request that the Court continue her review hearing to allow Ms. Lupia time to enroll and begin the course in Colorado. In addition defense counsel will submit the Colorado curriculum to the court and government for their approval so that it may satisfy the terms of her sentence.

The parties further stipulate that documentation of Ms. Lupia's enrollment must be submitted to the government by February 5, 2020 to avoid a violation of her probation terms. Should Ms. Lupia successfully enroll, the parties stipulate to extend her probation as necessary, the exact details to be set forth in a future filing.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 23, 2020 /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 23, 2020 /s/ Benjamin Gerson
BENJAMIN GERSON
Assistant Federal Defender
Attorney for Defendant
BRIANNA LUPIA

ORDER

The court hereby grants the parties' request to continue the January 28, 2020 review hearing to February 12, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  January 25, 2020

_____
UNITED STATES MAGISTRATE JUDGE