Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>BRIANNA LUPIA,<br><br>Defendant. | Docket Number: 6:18-mj-00068-JDP<br><br>**MOTION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; AND ORDER THEREON** |

The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for January 28, 2021 and terminate probation. The Defendant agrees with this request. To date, Defendant has complied with all the terms of unsupervised probation as ordered by this Court on February 26, 2019.

              Respectfully submitted,

              McGREGOR SCOTT
              United States Attorney

1

1  Dated:  January 4, 2021                    /S/ *Sean O. Anderson*
2                                                                     SEAN O. ANDERSON
                                                                       Legal Officer
3                                                                     Yosemite National Park

2

**ORDER**

Upon application of the United States filed on January 4, 2021 (Doc. No. 18) and for good cause shown, the review hearing scheduled for January 28, 2021 in the matter of *United States v. Lupia,* case no. 6:18-mj-00068-JDP, is vacated and probation is terminated.

IT IS SO ORDERED.

Dated:  January 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE